# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PJC Logistics, Inc.

v.

A&R Logistics, Inc., et al.

Case Number: 11-cv-1983

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

G&F Trucking Leasing, Inc.

| | |
|---|---|
| **NAME (Type or print)** <br> Adam J. Sedia | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Adam J. Sedia | |
| **FIRM** <br> Rubino, Ruman, Crosmer, Smith, Sersic & Polen | |
| **STREET ADDRESS** <br> 275 Joliet St., Suite 330 | |
| **CITY/STATE/ZIP** <br> Dyer, IN 46311 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 28775-45 | **TELEPHONE NUMBER** <br> 219-322-8222 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐