IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-cv-1983 |
| | ) |
| A&R LOGISTICS, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT G&F TRUCKING LEASING, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES

Defendant, G&F TRUCKING LEASING, INC., by counsel, answers Plaintiff's Complaint, stating as follows:

1. In response to Paragraph 1 of Plaintiff's Complaint, G&F Trucking Leasing, Inc., states that Plaintiff's Complaint speaks for itself.

2-20. As all allegations in Paragraphs 2 through 20 of Plaintiff's Complaint do not apply to it, G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the same.

21. G&F Trucking Leasing, Inc., admits that it is organized under the laws of the State of Indiana and that its registered agent in Illinois is CT Corporation System. G&F Trucking Leasing, Inc., denies that its principal place of business is where Plaintiff alleges, and denies all remaining allegations in Paragraph 21 of Plaintiff's Complaint not admitted.

22-42. As all allegations in Paragraphs 22 through 42 of Plaintiff's

    Complaint do not apply to it, G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the same.

43.  In response to Paragraph 43 of Plaintiff's Complaint, G&F Trucking Leasing, Inc., states that Plaintiff's Complaint and the cited statutes speak for themselves.

44-61.  As all allegations in Paragraphs 44 through 61 of Plaintiff's Complaint do not apply to it, G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the same.

62.  G&F Trucking Leasing, Inc., admits only that its vehicles operate within the State of Illinois, including in the area comprising the Northern District of Illinois. G&F Trucking Leasing, Inc., denies that said vehicles operate while using any device that Plaintiff alleges infringes any patent. Furthermore, G&F Trucking Leasing, Inc., denies all other allegations in Paragraph 62 of Plaintiff's Complaint.

63-83.  As all allegations in Paragraphs 63 through 83 of Plaintiff's Complaint do not apply to it, G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the same.

84.  G&F Trucking Leasing, Inc., fully incorporates its answers to Paragraphs 1 through 83 of Plaintiff's Complaint, as though fully set forth in this paragraph.

85.  G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the allegations in Paragraph 85 of Plaintiff's

Complaint.

86. G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the allegations in Paragraph 86 of Plaintiff's Complaint.

87. G&F Trucking Leasing, Inc., denies all allegations in Paragraph 87 of Plaintiff's Complaint as they apply to G&F Trucking Leasing, Inc. As the allegations apply to all other Defendants in this matter, G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the allegations.

88. G&F Trucking Leasing, Inc., lacks knowledge sufficient to form a belief about the truth of the allegations in Paragraph 88 of Plaintiff's Complaint.

89. As Paragraph 89 of Plaintiff's Complaint is a jury demand, it contains no allegations to which the Federal Rules of Civil Procedure would require G&F Trucking Leasing, Inc., to respond.

WHEREFORE, Defendant, G&F TRUCKING LEASING, INC., by counsel, prays that Plaintiff take nothing by way of its Complaint, for judgment in its favor and against Plaintiff, and for all other just and proper relief.

## AFFIRMATIVE DEFENSES

Defendant, G&F TRUCKING LEASING, INC., sets forth its Affirmative

Defenses to the allegations of Plaintiff's Complaint, stating as follows:

1. G&F Trucking Leasing, Inc., denies all allegations of State Farm's Counterclaim not specifically admitted above.

2. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

3. G&F Trucking Leasing, Inc., has not infringed upon U.S. patent number 5,223,844, and has no liability for infringement.

4. U.S. patent number 5,223,844 is unenforceable.

5. Any claims of U.S. patent number 5,223,844 that Plaintiff alleges G&F Trucking Leasing, Inc., to have infringed, are invalid.

6. G&F Trucking Leasing, Inc., reserves the right to assert additional affirmative defenses as further facts become known through discovery.

WHEREFORE, Defendant, G&F TRUCKING LEASING, INC., by counsel, prays that Plaintiff take nothing by way of its Complaint, for judgment in its favor and against Plaintiff, and for all other just and proper relief.

Respectfully submitted,

/s/ Adam J. Sedia
Adam J. Sedia (Atty #28775-45)
RUBINO, RUMAN, CROSMER,
SMITH, SERSIC & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
219/322-8222
Attorneys for Defendant, G& F Trucking Leasing, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to CM/ECF participants.

                                                                        s/Adam J. Sedia