IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 1:11-cv-1983 |
| A&R LOGISTICS, INC.; et al., ) | |
|     Defendants. ) | |

DEFENDANT G&F TRUCKING LEASING, INC.'S
CORPORATE DISCLOSURE STATEMENT

Defendant, G&F TRUCKING LEASING, INC., by counsel, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, submits its corporate disclosure statement, stating as follows:

1. G&F Trucking Leasing, Inc., has no parent corporation.

2. No publicly-held corporation owns or controls more than a 10% interest in its stock.

3. All entities owning more than a 5% interest in G&F Trucking Leasing, Inc., are as follows:

    a. Raymond Gerling (49%)

    b. Ronald Gerling (49)

                             Respectfully submitted,

                             /s/ Adam J. Sedia
                             Adam J. Sedia (Atty #28775-45)
                             RUBINO, RUMAN, CROSMER,
                             SMITH, SERSIC & POLEN
                             275 Joliet Street, Suite 330
                             Dyer, IN 46311
                             219/322-8222
                             Attorneys for Defendant, G& F Trucking
                             Leasing, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to CM/ECF participants.

                                                        s/Adam J. Sedia