IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Case No. 1:11-cv-01983 |
| : | |
| A&R LOGISTICS, INC., et al. : | Honorable Rebecca R. Pallmeyer |
| : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF WITHDRAWL OF ATTORNEY

## JEANA R. LERVICK WITH SUBSTITUTION

Plaintiff, PJC Logistics , LLC, through its attorney, Patrick G. Burns, respectfully request the withdrawal of Jeana R. Lervick as attorney in this case.

Jeana R. Lervick has recently left the employ of Greer, Burns & Crain, Ltd. ("GBC") and therefore has no additional interest in the captioned proceeding. Patrick G. Burns of GBC will remain as counsel on behalf of PJC Logistics, LLC, assuring no delay or prejudice to any of the parties to this lawsuit. The appearance of Justin R. Gaudio of is concurrently filed as substitute.

Respectfully submitted,

Dated: April 13, 2011
                  s/Patrick G. Burns/
*Patrick G. Burns (IL 3122589)*
*Greer, Burns & Crain, Ltd.*
*Suite 2500*
*Chicago, IL 60606*
*312-360-0080*
*pburns@gbclaw.net*
*Attorneys for Plaintiff PJC Logistics Technology Ltd.*

1

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing NOTICE OF WITHDRAWL OF ATTORNEY JEANA R. LERVICK was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 13th day of April 2011:

| | |
|---|---|
| Adam J. Sedia | asedia@rubinoruman.com |
| Jeana R. Lervick | jlervick@gbclaw.net |
| R. Mark Dietz | rmdietz@lawdietz.com |

                                                      s/Patrick G. Burns