IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | Civil Case No. 11-cv-1983 |
| | : | |
| v. | : | Honorable Rebecca R. Pallmeyer |
| | : | |
| G & F TRUCKING LEASING, INC., ET AL. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR LEAVE TO FILE STIPULATED DISMISSAL
OF G&F TRUCKING LEASING, INC.**

The plaintiff, PJC Logistics, LLC and defendant G&F Trucking Leasing, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

April 26, 2011.

Respectfully submitted,

  s/ Patrick G. Burns
Patrick G. Burns (IL ARDC 3122589)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois  60606
Phone: (312) 360-0080
Fax: (312) 360-9315
Direct Dial: (312) 987-4001
Email: pburns@gbclaw.net

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local rule.

    April 26, 2011        /s/ Patrick G. Burns
                                        Patrick G. Burns