IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03 C 3285 |
| G & F TRUCKING LEASING, INC., | ) | |
| Et al., | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 11, 2010 at 8:45 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119, 219 South Dearborn Street, Chicago, Illinois, or whoever shall sit in her stead, and then and there present the attached *Motion for Leave to file Stipulated Dismissal of G &F Trucking Leasing, Inc.*, a true and correct copy of which is served upon you.

Dated:  April 26, 2011

                                                      PJC Logistics, L.L.C.

                                                      By:  ____s/Patrick G. Burns_____
                                                      Patrick G. Burns (IL ARDC 3122589)
                                                      GREER, BURNS & CRAIN, LTD.
                                                      300 South Wacker Dr., Ste. 2500
                                                      Chicago, Illinois  60606
                                                      Phone:  (312) 360-0080
                                                      pburns@gbclaw.net

CERTIFICATE OF SERVICE

  I hereby certify that all counsel who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per local rule


  April 26, 2011      <u>   s/Patrick G. Burns</u>
               Patrick G. Burns