# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 4/27/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to file stipulated dismissal of G&F Trucking Leasing, Inc. [16] granted. All claims and counterclaims in this action asserted between Plaintiff and G&F Trucking Leasing, Inc., are dismissed without prejudice, with each party to bear its own costs, expenses and attorneys fees. Case remains pending against all other Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|