**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| Plaintiff | : | |
| v. | : | Civil Case No. 1:11-cv-01983 |
| A&R LOGISTICS, INC., ET AL. | : | **Honorable Rebecca R. Pallmeyer** |
| Defendants. | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PJC Logistics, LLC, Plaintiff, through its attorneys Patrick G. Burns and R. Mark Dietz, voluntarily dismisses its claims against Defendant Marten Transports, LLC from the above-referenced cause and specifically acknowledges that this dismissal is without prejudice. Plaintiff, hereby dismisses Defendant Marten Transports, LLC pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: April 28, 2011

    s/ Patrick G. Burns
Patrick G. Burns (IL ARDC 3122589)
GREER, BURNS & CRAIN, LTD.

OF COUNSEL:
R. Mark Dietz (admitted pro hac vice)
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Fax: (312) 360-9315
Email: pburns@gbclaw.net

CERTIFICATE OF SERVICE

      I hereby certify that all counsel who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5.

| | |
|---|---|
| April 28, 2011. |      s/Patrick G. Burns         |
| | Patrick G. Burns |