# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 4/29/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff voluntarily dismisses its claims against Defendant Marten Transports, LLC from the above-referenced cause and specifically acknowledges that this dismissal is without prejudice. Case remains pending as against all other Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|