# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 6/6/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to notice of voluntary dismissal, Defendants Cardinal Transport, Inc., Johnson Trucking of Neenah, Inc., Standard Forwarding, LLC, and Universal Truckload Services, Inc., without prejudice pursuant to Rule 41(a)(1). Case remains pending as against remaining Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|