IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | Civil Case No. 11-cv-01983 |
| | : | |
| v. | : | Honorable Rebecca R. Pallmeyer |
| | : | |
| A&R LOGISTICS, INC., *ET AL*. | : | |
| | : | |
| Defendants. | : | |

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Standard Forwarding, LLC has not yet received service of process and has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Standard Forwarding, LLC **with prejudice** pursuant to Rule 41(a)(1).

                                        Respectfully submitted,

Dated: June 8, 2011                     ___*/s/ Patrick G. Burns*___
                                              Patrick G. Burns (IL ARDC 3122589)
                                              Gavin J O'Keefe (IL ARDC 6293489)
                                              Justin R. Gaudio (IL ARDC 6296562)
                                              GREER, BURNS & CRAIN, LTD.
                                              300 S. Wacker Drive, Suite 2500
                                              Chicago, Illinois 60606
                                              Tel: (312) 360-0080
                                              Fax: (312) 360-9315
                                              *Attorneys for Plaintiff PJC Logistics LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** was served upon the counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 8th day of June 2011:

                                                    By:   s/ Patrick G. Burns/