# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 6/14/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff having filed a corrected notice of voluntary dismissal, Standard Forwarding, LLC is dismissed with prejudice pursuant to Rule 41(a)(1).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|