IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 118-cv-1983 |
| | ) | |
| A&R LOGISTICS, INC., et al. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME
FOR DEFENDANTS CENTRAL TRANSPORT NORTH AMERICA, INC. AND
THE MASON AND DIXON LINES, INC. TO ANSWER OR OTHERWISE PLEAD**

Now come Defendants Central Transport North America, Inc. ("CTNA") and The Mason & Dixon Lines, LLC ("Mason & Dixon") (sometimes collectively "Defendants"), by and through their counsel Tribler Orpett & Meyer, P.C., and, with the agreement of Plaintiff PJC Logistics, LLC ("Plaintiff"), by and though its counsel Greer Burns & Crain, Ltd., respectfully move this Court, pursuant to FRCP 6(b), for an order extending, as requested hereinbelow, the deadline for Defendants to answer or otherwise plead to Plaintiff's Complaint.

1. Plaintiff commenced this action against CTNA and Mason & Dixon and other named Defendants by the filing of its Complaint (the "Complaint") with this Court on April 20, 2011.

2. Plaintiff sent Defendants a request for waiver of service pursuant to Federal Rule of Civil Procedure 4(d). Defendants agreed to waive service of the Complaint.

1

3. The current deadline for Defendants to answer the Complaint or otherwise plead is June 27, 2011. Fed. R. Civ. P. 12(a)(1)(A).

4. Currently pending before the Judicial Panel on Multidistrict Litigation is a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in *In re: Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 (J.P.M.L. filed April 14, 2011), seeking to transfer this matter and others to the District of Minnesota. The hearing on that Motion for Transfer of Actions is to proceed on July 28, 2011.

5. Accordingly, in the interest of judicial economy, Defendants respectfully request that this Court extend the deadline for Defendants to answer or otherwise plead in response to Plaintiff's Complaint, until the earlier of:

    (a) Forty-five (45) days after the Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in *In re: Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 (J.P.M.L. filed April 14, 2011); or

    (b) September 12, 2011.

6. Plaintiff's counsel is unopposed to this instant Motion to Extend Time and to the entry of the Agreed Order submitted contemporaneously herewith.

WHEREFORE, Central Transport North America, Inc. and The Mason & Dixon Lines, LLC, with the agreement of Plaintiff PJC Logistics, LLC, respectfully move this Court: for an order granting Defendants' Unopposed Motion to Extend Time for Defendants to Answer or

Otherwise Plead; for an order allowing Defendants to answer or otherwise plead to Plaintiff's Complaint by the earlier of forty-five days (45) days after the issuance of a decision on the pending Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings or by September 12, 2011; and for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    TRIBLER, ORPETT & MEYER, P.C.

    /s/ Kurt B. Drain
    One of the Attorneys for Defendants
    Central Transport North America, Inc. and
    The Mason and Dixon Lines, LLC

Kurt B. Drain, Esq.
Eric F. Long, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

3

## **CERTIFICATE OF SERVICE**

I, Kurt B. Drain, certify that a true and correct copy of *Unopposed Motion for Defendants Central Transport North America, Inc. and The Mason and Dixon Lines, LLC to Answer or Otherwise Plead* was served upon:

***Counsel for PJC Logistics, LLC***
Gavin James OKeefe, Esq.
Jeana R. Lervick, Esq.
Justin R. Gaudio, Esq.
Patrick G. Burns, Esq.
Greer Burns & Crain Ltd.
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
312 360 0080
Email: gokeefe@gbclaw.net
   jlervick@gbclaw.net
   jgaudio@gbclaw.net
   pburns@gbclaw.net

R. Mark Dietz
Dietz & Jarrard PC
106 Fannin Ave E
Round Rock, TX 78664
512-244-9314
Email: rmdietz@lawdietz.com
*PRO HAC VICE*

Steven R. Daniels
Farney Daniels LLP
800 S Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
Email: sdaniels@farneydaniels.com
*PRO HAC VICE*

Service was accomplished pursuant to ECF as to Filing Users and complies with L.R. 5.5, on this 27th day of June, 2011.

                                          /s/ Kurt B. Drain
                                          An Attorney