IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 11-cv-1983 |
| | ) | |
| A&R LOGISTICS, INC., et al. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION TO EXTEND TIME
FOR DEFENDANTS CENTRAL TRANSPORT NORTH AMERICA, INC. AND
THE MASON AND DIXON LINES, INC. TO ANSWER OR OTHERWISE PLEAD**

PLEASE TAKE NOTICE THAT, on July 5, 2011, at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, in the courtroom usually occupied by her in Room 2119 at the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Unopposed** Motion to Extend Time for Defendants Central Transport North America, Inc. and The Mason and Dixon Lines, LLC to Answer or Otherwise Plead.

        Respectfully submitted,

        TRIBLER, ORPETT & MEYER, P.C.

        /s/ Kurt B. Drain
        One of the Attorneys for Defendants
        Central Transport North America, Inc. and
        The Mason and Dixon Lines, LLC.

Kurt B. Drain, Esq.
Eric F. Long, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## **CERTIFICATE OF SERVICE**

       I, Kurt B. Drain, certify that a true and correct copy of *Notice of Unopposed Motion for Defendants Central Transport North America, Inc. and The Mason and Dixon Lines, LLC to Answer or Otherwise Plead* was served upon:

*Counsel for PJC Logistics, LLC*
Gavin James OKeefe, Esq.
Jeana R. Lervick, Esq.
Justin R. Gaudio, Esq.
Patrick G. Burns, Esq.
Greer Burns & Crain Ltd.
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
312 360 0080
Email: gokeefe@gbclaw.net
       jlervick@gbclaw.net
       jgaudio@gbclaw.net
       pburns@gbclaw.net

R. Mark Dietz
Dietz & Jarrard PC
106 Fannin Ave E
Round Rock, TX 78664
512-244-9314
Email: rmdietz@lawdietz.com
*PRO HAC VICE*

Steven R. Daniels
Farney Daniels LLP
800 S Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
Email: sdaniels@farneydaniels.com
*PRO HAC VICE*

Service was accomplished pursuant to ECF as to Filing Users and complies with L.R. 5.5, on this 27th day of June, 2011.

                              /s/ Kurt B. Drain
                              An Attorney