## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:  11-cv-1983

PJC Logistics, LLC
    v.
A&R Logistics, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Dawes Transport, Inc. and Roadrunner Transportation Services, Inc.

| | |
|---|---|
| NAME (Type or print)<br>  Richard D. Harris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Richard D. Harris | |
| FIRM<br>  Greenberg Traurig LLP | |
| STREET ADDRESS<br>  77 W. Wacker Drive, Suite 3100, | |
| CITY/STATE/ZIP<br>  Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1137913 | TELEPHONE  NUMBER<br>  312-456-8400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐