IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, <br><br> Plaintiff <br><br> v. <br><br> A&R LOGISTICS, INC., et al., <br><br> Defendants. | § <br> § Civil Action No. 11-cv-1983 <br> § <br> § Judge Rebecca Pallmeyer <br> § <br> § <br> § <br> § <br> § <br> § |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS DAWES TRANSPORT, INC. AND ROADRUNNER TRANSPORTATION SERVICES, INC. TO ANSWER OR OTHERWISE PLEAD**

Defendants Dawes Transport, Inc. ("Dawes") and Roadrunner Transportation Services, Inc. ("Roadrunner"), by and through their undersigned attorneys, file this Unopposed Motion to Extend Time to Answer or Otherwise Plead, and respectfully state as follows:

1. Plaintiff, PJC Logistics, LLC ("PJC") commenced this action against Dawes, Roadrunner and various other named Defendants by the filing of its Complaint (the "Complaint") with this Court on March 22, 2011.

2. PJC sent Dawes and Roadrunner a request for waiver of service pursuant to Federal Rule of Civil Procedure 4(d). Dawes and Roadrunner agreed to waive service of the Complaint.

3. The original deadline under Rule 4(d) for Dawes and Roadrunner to answer the Complaint or otherwise move was June 25, 2011. Prior to that date, counsel for Plaintiff agreed to an extension of that deadline as provided below.

4. Dawes and Roadrunner respectfully request that the deadline for each of them to answer or otherwise plead in response to Plaintiff's Complaint be extended to the earlier of:

1

(1) Forty-five (45) days after the Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in I*n re: Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 (J.P.M.L. filed April 14, 2011), or

(2) September 12, 2011.

5. Counsel for PJC has advised the undersigned that PJC does not oppose this motion.

WHEREFORE, Dawes and Roadrunner respectfully requests that the Court grant this unopposed motion extending the deadline for each of them to answer or otherwise plead in response to Plaintiff's Complaint, as set forth above.

Respectfully submitted,

Dated: June 29, 2011

/s Jeffrey P. Dunning
Richard D. Harris
Jeffrey P. Dunning
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

Counsel for Dawes Transport, Inc. and Roadrunner Transportation Services, Inc.