## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, § § § § § § § § § § § | Civil Action No. 11-cv-1983 |
| Plaintiff | |
| | Judge Rebecca Pallmeyer |
| v. | |
| A&R LOGISTICS, INC., et al., | |
| Defendants. | |

## NOTICE OF MOTION

TO:  All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, July 5, 2011, at 8:45 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Pallmeyer, or any Judge sitting in her stead, in Courtroom 2119, at 219 South Dearborn Street, Chicago, Illinois, and present the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS DAWES TRANSPORT, INC. AND ROADRUNNER TRANSPORTATION SERVICES, INC. TO ANSWER OR OTHERWISE PLEAD, a copy of which is being served on you herewith.

Respectfully submitted,

Dated:  June 29, 2011

/s Jeffrey P. Dunning
Richard D. Harris
Jeffrey P. Dunning
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
(312) 456-8400

Counsel for Dawes Transport, Inc. and Roadrunner Transportation Services, Inc.

PHX 329,893,103v1 6-29-11

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS DAWES TRANSPORT, INC. AND ROADRUNNER TRANSPORTATION SERVICES, INC. TO ANSWER OR OTHERWISE PLEAD with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: June 29, 2011             /s Jeffrey P. Dunning