# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 6/30/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

Unopposed motion to extend time for Defendants Dawes Transport, Inc. and Roadrunner Transportation Services, Inc. to Answer or otherwise plead [40] granted in part. Time for Defendants to Answer extended to 7/29/2011. Rule 16 conference set for 8/2/2011 at 9:00 AM to stand.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|