UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983 |
| vs. | ) Judge Rebecca R. Pallmeyer |
| A&R LOGISTICS, INC., et al. | ) |
| Defendants. | ) |

## JOINT MOTION TO POSTPONE RULE 16 PRETRIAL CONFERENCE

PJC Logistics, LLC, A&R Logistics, Inc., Ace Hardware Corporation, Allied Van Lines, Inc., Atlas Van Lines, Inc., Best Way Express, Inc., Bulkmatic Transport Company, Carter Express, Inc., Celadon Group, Inc., Con-Way Freight, Inc., Con-Way, Inc., deBoer Transportation, Inc., Earl L. Henderson Trucking Company, H.O. Wolding, Inc., North American Van Lines, Inc., Point Dedicated Services (sued herein as Point Dedicated Services) LLC, Rush Trucking Corporation, Schneider National Carriers, Inc., Super Service, LLC, Thomason Express, LLC, Transportation Services, Inc., USF Holland, and Venture Logistics (sued herein as Venture Logistics Services, Inc.) (the "Moving Parties") respectfully move the Court for an order postponing the Rule 16 Pretrial Conference currently scheduled for August 2, 2011, until September 30, 2011 or a day thereafter convenient to the Court, for the reasons explained below.

There are currently fifteen actions pending in ten different district courts (the "Related Cases") that concern U.S. Patent No. 5,223,844 (the "Patent").[1] Eleven of the

---

[1] The Related Cases are *PJC Logistics, LLC v. ABF Freight Sys., Inc.*, No. 3:11-cv-548 (N.D. Tex. filed Mar. 16, 2011); *PJC Logistics, LLC v. A. Duie Pyle, Inc.*, No. 1:11-cv-231 (D. Del. filed Mar. 17, 2011); *PJC Logistics, LLC v. Acme Truck Line, Inc.*, No. 6:11-cv-125 (E.D. Tex. filed Mar. 17, 2011); *PJC Logistics, LLC v. Anderson Trucking Service, Inc.*, No.

Related Cases were filed by PJC Logistics, LLC ("PJC") alleging infringement of the Patent against numerous defendants relating to their use of certain electronic fleet tracking systems. The other four Related Cases were filed against PJC by suppliers of some of the allegedly infringing electronic fleet management systems seeking declaratory judgments of non-infringement and invalidity of the Patent. Collectively, there are more than 250 parties, thirty-five of whom are parties to this action.

The thirty-four defendants in this action are all operators of fleets of vehicles equipped with allegedly infringing electronic fleet management systems. None of the suppliers of the fleet management systems at issue in this case are parties to this action; those suppliers are, however, parties to actions pending in the District of Minnesota and the Northern District of Texas.

On April 13, 2011, Qualcomm Incorporated ("Qualcomm"), both a defendant in an infringement suit brought by PJC and a plaintiff in a declaratory judgment action against PJC, filed a motion (the "Transfer Motion"), pursuant to 28 U.S.C. § 1407, to centralize the Related Cases in the District of Minnesota, where four of the Related Cases are pending.[2] In response to the Transfer Motion, PJC agreed that centralization in a single

---

0:11-cv-675 (D. Minn. filed Mar. 18, 2011); *PJC Logistics, LLC v. ACT Transp., LLC*, No. 2:11-cv-418 (D. Nev. filed Mar. 18, 2011); *PJC Logistics, LLC v. Doug Andrus Distrib. LLC*, No. 3:11-cv-337 (D. Or. filed Mar. 18, 2011); *PJC Logistics, LLC v. Averitt Express, Inc.*, No. 1:11-cv-279 (E.D. Va. filed Mar. 18, 2011); *PJC Logistics, LLC v. A&R Logistics, Inc.*, No. 1:11-cv-1983 (N.D. Ill. filed Mar. 22, 2011); *PJC Logistics, LLC v. AAA Cooper Transp., Inc.*, No. 3:11-cv-301 (M.D. Fla. filed Mar. 29, 2011); *Qualcomm Inc. v. PJC Logistics, LLC*, No. 0:11-cv-865 (D. Minn. filed Apr. 7, 2011); *Xata Corp. v. PJC Logistics, LLC*, No. 0:11-cv-871 (D. Minn. filed Apr. 8, 2011); *DriverTech, LLC v. PJC Logistics, LLC*, No. 0:11-cv-936 (D. Minn. filed Apr. 14, 2011); *PJC Logistics, LLC v. Fleet Mgmt. Solutions, Inc.*, No. 3:11-cv-815 (N.D. Tex. filed Apr. 20, 2011); *Fleetilla, LLC v. PJC Logistics, LLC*, No. 2:11-cv-12050 (E.D. Mich. filed May 10, 2011); and *PJC Logistics, LLC v. Advantech Corp.*, No. 3:11-cv-1125 (N.D. Tex. filed May 27, 2011).

[2] The Transfer Motion has been docketed as *In re Vehicle Tracking & Sec. Sys. ('844) Patent Litig.*, MDL No. 2249 (J.P.M.L. Apr. 13, 2011).

district court is appropriate, but argued for transfer to the Northern District of Texas, where three of the Related Cases are pending.[3] Other parties who responded to the Transfer Motion supported it in full and agreed with Qualcomm that transfer to Minnesota is appropriate.[4] No party has opposed centralization of the Related Cases, and we expect the Judicial Panel on Multidistrict Litigation ("JPML") to order transfer of the Related Cases to a single district court. Although the JPML can transfer the cases to any district court, it is unlikely to transfer them to the Northern District of Illinois, especially since no party asked the JPML to do so, where there are more cases pending in other districts and no suppliers of allegedly infringing systems are parties to the action in this district. The Transfer Motion will be heard by the JPML on July 28, 2011, with a decision likely by early September.

Because of the overlap of issues in this case with the issues raised in the other Related Cases, the Moving Parties agree and respectfully submit that in the interests of efficiency, pretrial activities in the Related Cases should be administered jointly by a single district court.[5] In particular, in order to arrive at a realistic discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to the other Related Cases should be involved in setting the schedule and parameters of the case, as they will be if the JPML orders that all the Related Cases be consolidated in a single district.

---

[3] PJC Resp. at 3–4, *In re Vehicle Tracking & Sec. Sys. ('844) Patent Litig.*, MDL No. 2249 (J.P.M.L. Apr. 27, 2011), ECF No. 14.

[4] *See* Xata Resp. at 1, 147 Defendants Resp. at 2, DriverTech Resp. at 1, *In re Vehicle Tracking & Sec. Sys. ('844) Patent Litig.*, MDL No. 2249 (J.P.M.L.), ECF Nos. 122, 124, 127 (supporting Qualcomm).

[5] *See* Qualcomm Mem. at 5–10, *In re Vehicle Tracking & Sec. Sys. ('844) Patent Litig.*, MDL No. 2249 (J.P.M.L. Apr. 13, 2011), ECF No. 1 (explaining why transfer to a single court is warranted).

The Court's June 28, 2011 Order (ECF No. 37) would require the parties to meet and confer, and to submit a Rule 26(f) report to the Court in advance of a pretrial conference scheduled for August 2, 2011. The Moving Parties agree and respectfully request that, instead of proceeding at this point with a piecemeal discovery plan applicable solely to this action, the pretrial conference and the submission of a discovery plan should be postponed in order to allow time for the JPML to rule on the Transfer Motion. The Moving Parties believe that delaying the pretrial conference until September 30, 2011, will allow sufficient time for the Transfer Motion to be decided, and, if the motion is granted, it will allow for establishment of a single discovery plan for all of the Related Cases that involves input from all parties, including the suppliers of allegedly infringing systems that are not parties to this action. If the Transfer Motion is unexpectedly denied, the Moving Parties will be fully prepared to proceed with a pretrial conference before this Court on September 30, 2011.

For the foregoing reasons, the Moving Parties respectfully request the Rule 16 Pretrial Conference scheduled for August 2, 2011 be rescheduled for September 30, 2011 or a day thereafter convenient to the Court.

Dated: July 12, 2011                                    Respectfully submitted,

By /s/ Jonathan P. Froemel
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for Moving Parties (except for PJC Logistics, LLC*

4

By /s/ Steven R. Daniels
Gavin James OKeefe, Esq.
Jeana R. Lervick, Esq.
Justin R. Gaudio, Esq.
Patrick G.l Burns, Esq.
GREER BURNS & CRAIN LTD.
300 S. Wacker Drive, Suite 2500
Chicago, IL 60606
312-360-0080


R. Mark Dietz
DIETZ & JARRARD PC
106 Fannin Ave E
Round Rock, TX 78664
512-244-9314

Steven R. Daniels
FARNEY DANIELS LLP
800 S Austin Ave., Suite 200
Georgetown, TX 78626
512-582-2828
*Attorneys for PJC Logistics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and JOINT MOTION TO POSTPONE RULE 16 PRETRIAL CONFERENCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: July 12, 2011                     _____Carol Boruta_____

CHDS01 JWF 688237v1