UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983<br>) |
| vs. | ) Judge Rebecca R. Pallmeyer<br>) |
| A&R LOGISTICS, INC., et al. | )<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on July 18, 2011 at 9:00 a.m. or as soon thereafter as may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her at the United States District Court, 219 S. Dearborn, Chicago, IL and then and there present the JOINT MOTION TO POSTPONE RULE 16 PRETRIAL CONFERENCE, a copy of which is hereby served upon you.

Dated: July 12, 2011                                                                 Respectfully submitted,

By __/s/ Jonathan P. Froemel__
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for Moving Parties (except for PJC Logistics, Inc.)*

CHDS01 JWF 688264v1