UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983 |
| vs. | ) Judge Rebecca R. Pallmeyer |
| A&R LOGISTICS, INC., et al. | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT

Defendants A&R Logistics, Inc., Ace Hardware Corporation, Allied Van Lines, Inc., Atlas Van Lines, Inc., Best Way Express, Inc., Bulkmatic Transport Company, Carter Express, Inc., Celadon Group, Inc., Con-Way Freight, Inc., Con-Way, Inc., deBoer Transportation, Inc., Earl L. Henderson Trucking Company, H.O. Wolding, Inc., North American Van Lines, Inc., Point Dedicated Services (sued herein as Point Dedicated Services) LLC, Rush Trucking Corporation, Schneider National Carriers, Inc., Super Service, LLC, Thomason Express, LLC, Transportation Services, Inc., USF Holland, and Venture Logistics (sued herein as Venture Logistics Services, Inc.) (collectively the "Moving Parties") respectfully move the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against the Moving Parties and other defendants by filing a Complaint with this Court on March 22, 2011.

2. The Moving Parties were served with the Complaint on July 8, 2011.

3.  The current deadline for the Moving Parties to serve an answer to the Complaint is July 29, 2011.

4.  On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

5.  All parties who filed responses to the Transfer Motion agree centralization is appropriate. The respondents dispute the most appropriate transferee forum, with all respondents except for PJC agreeing the District of Minnesota is most appropriate, while PJC argues instead for transfer to the Northern District of Texas.

6.  Accordingly, in the interests of judicial economy, the Moving Parties respectfully request that the Court extend the deadline for the Moving Parties to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

7.  Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

Dated: July 12, 2011                                            Respectfully submitted,

By /s/ Jonathan P. Froemel
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for the Moving Parties*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: July 12, 2011              _____Carol Boruta_____

CHDS01 JWF 688244v1

3