UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983 |
| | ) |
| vs. | ) Judge Rebecca R. Pallmeyer |
| | ) |
| A&R LOGISTICS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on July 18, 2011 at 9:00 a.m. or as soon thereafter as may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her at the United States District Court, 219 S. Dearborn, Chicago, IL and then and there present the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT a copy of which is hereby served upon you.

Dated: July 12, 2011                                Respectfully submitted,

                                                    By _/s/ Jonathan P. Froemel_
                                                    Jonathan P. Froemel
                                                    Mark A. Hagedorn
                                                    BARNES & THORNBURG LLP
                                                    One N. Wacker Drive, Suite 4400
                                                    Chicago, IL 60606
                                                    312-357-1313
                                                    *Attorneys for Moving Parties*

CHDS01 JWF 688268v1