# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 7/18/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Joint motion to postpone Rule 16 pretrial conference [51] granted. Rule 16 conference set for 8/2/2011 is stricken and reset to 9/20/2011 at 9:00 AM. Unopposed motion to extend time for Defendants to Answer the complaint [53] granted to and including 9/6/2011.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|