# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **PJC Logistics, LLC**                         Case Number:    **11-cv-1983**

**v. A&R LOGISTICS, INC., et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**Roehl Transport, Inc**

| | |
|---|---|
| NAME (Type or print) **Jonathan P. Froemel** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Jonathan P. Froemel* | |
| FIRM **Barnes & Thornburg LLP** | |
| STREET ADDRESS **One N. Wacker Dr., Suite 4400** | |
| CITY/STATE/ZIP **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6237103** | TELEPHONE NUMBER **312-357-1313** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **Y** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **Y** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **N** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. **N/A** RETAINED COUNSEL                              APPOINTED COUNSEL | |