# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 7/19/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

PJC Logistics voluntarily dismisses Defendants A&R Logistics, Inc. [58] , Best Way Express, Inc. [59] , and Thomason Express, Inc. [60] without prejudice pursuant to Rule 41(a)(1).  Case remains pending a to all other Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|