## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 11-cv-1983 |
| ) | |
| vs. ) | Judge Rebecca R. Pallmeyer |
| ) | |
| A&R LOGISTICS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on July 25, 2011 at 9:00 a.m. or as soon thereafter as may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her at the United States District Court, 219 S. Dearborn, Chicago, IL and then and there present the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT ROEHL TRANSPORT, INC. TO ANSWER THE COMPLAINT a copy of which is hereby served upon you.

Dated: July 20, 2011                Respectfully submitted,

By _____
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for Moving Parties*

CHDS01 JWF 689638v1