IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 11-cv-01983 |
| | : | |
| Plaintiff | : | |
| | : | Honorable Rebecca Pallmeyer |
| v. | : | |
| | : | |
| | : | |
| A&R LOGISTICS, INC., *ET AL.* | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Do It Best Corp. has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses Do It Best Corp. with prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: July 22, 2011   ___/s/ *Patrick G. Burns*_____
Patrick G. Burns (IL ARDC No. 3122589)
Justin R. Gaudio (IL ARDC No. 6296562)
Gavin J. O'Keefe (IL ARDC No. 6293489)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 360-0080
Fax: (312) 360-9315
*Attorneys for Plaintiff PJC Logistics LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 18th day of July 2011:

| | |
|---|---|
| Richard Daniel Harris | harrisr@gtlaw.com |
| Steven R. Daniels | sdaniels@farneydaniels.com |
| Jonathan Paul Froemel | jfroemel@btlaw.com |
| Jefferey P. Dunning | dunningj@gtlaw.com |
| R. Mark Dietz | rmdietz@lawdietz.com |
| Kurt Brendan Drain | kbdrain@tribler.com |
| Mark A. Hagedorn | mhagedorn@btlaw.com |
| Eric Frankilin Long | eflong@tribler.com |

      s/Patrick G. Burns/