# Affidavit of Process Server

PJC Logistics, LLC vs A+K Trucking Kathy etc. 11CV1983
Plaintiff/Petitioner — Defendant/Respondent — Case#

Being duly sworn, on my oath, I **KAREN TATUM** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Ormsby Trucking Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☒ Summons, Complaint and docket report as of July 14th 2011

by serving (NAME) **Julia Holte / Agent**
at ☐ Home
☒ Business **0888 W. Railroad St., Uniondale, IN 46791**
☐ on (DATE) **July 14, 2011** at (TIME) **10:10 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) 7-14-11 9:45 AM, ( ) 7-14-11 10:10 AM, ( ) _____

**Description:**
☒ Female ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Male ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
☐ Brown Skin ☒ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☒ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of **Indiana** County of **Allen**

Subscribed and sworn to before me
A notary public, this **14TH** day of **JULY**, 20 **11**

Amanda McGerity
Notary Public EXP: 6-23-16

Karen Tatum
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Greer Burns + Crain

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS