Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1983 | **DATE** | 8/2/2011 |
| **CASE TITLE** | PJC Logistics, LLC vs. A&R Logistics, Inc., et al | | |

**DOCKET ENTRY TEXT**

Unopposed motion for leave to file Answer, Affirmative Defenses, and Counterclaims, *instanter* [77] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|