## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **PJC Logistics, LLC**  Case Number: **11-cv-1983**

**v. A&R LOGISTICS, INC., et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

### ORMSBY TRUCKING

---

NAME (Type or print)
**Mark A. Hagedorn**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ *[signature]*

FIRM
**Barnes & Thornburg LLP**

STREET ADDRESS
**One N. Wacker Dr., Suite 4400**

CITY/STATE/ZIP
**Chicago, IL 60606**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257079 | 312-357-1313 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **N**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **Y**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **N**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **N**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. **N/A**

RETAINED COUNSEL        APPOINTED COUNSEL