UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983 |
| vs. | ) Judge Rebecca R. Pallmeyer |
| A&R LOGISTICS, INC., et al. | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME FOR ORMSBY TRUCKING, INC.
TO ANSWER THE COMPLAINT**

Defendant Ormsby Trucking, Inc. ("Defendant") respectfully moves the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against Defendant and other defendants by filing a Complaint with this Court on March 22, 2011.

2. Defendant was served with the Complaint on or about July 18, 2011.

3. The current deadline for Defendant to serve an answer to the Complaint is August 8, 2011.

4. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and was heard on July 28, 2011.

5. All parties who filed responses to the Transfer Motion agree centralization is appropriate. The respondents dispute the most appropriate transferee forum,

with all respondents except for PJC agreeing the District of Minnesota is most appropriate, while PJC argues instead for transfer to the Northern District of Texas.

6. Accordingly, in the interests of judicial economy, Defendant respectfully requests that the Court extend the deadline for Defendant to serve an answer until September 6, 2011

7. On July 18, 2011, this Court granted a previously filed motion to extend time for twenty-two other defendants to and including September 6, 2011. (Dkt. 57).

8. Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

Dated: August 4, 2011                              Respectfully submitted,

By /s/ Jonathan P. Froemel
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for the Moving Parties*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: August 4, 2011              _____

CHDS01 JWF 705347v1