STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| Plaintiff, | ) Civil Action No.: 11-cv-1983 |
| vs. | ) Judge Rebecca R. Pallmeyer |
| A&R LOGISTICS, INC., et al. | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on August 8, 2011 at 9:00 a.m. or as soon thereafter as may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her at the United States District Court, 219 S. Dearborn, Chicago, IL and then and there present the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT ORMSBY TRUCKING, INC. TO ANSWER THE COMPLAINT a copy of which is hereby served upon you.

Dated: August 4, 2011

Respectfully submitted,

By /s/ Jonathan P. Froemel
Jonathan P. Froemel
Mark A. Hagedorn
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
*Attorneys for Moving Parties*