

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

September 8, 2011

United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

RE: PJC Logistics, LLC v. A&R Logistics, Inc. et al
MDL No. 2249
USDC Case No. 11-cv-01983

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 09/08/2011 Pursuant to MDL Order case: 2249

■   was electronically transmitted to USDC for the District of Minnesota.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Eunice M. Tejeda
         Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:   Non-ECF Attorneys and Pro se Parties